UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LAQUESIA IVORY, ISABEL ANGUIANO, and E.A., a minor, b/n/f ISABEL ANGUIANO, | )<br>)<br>)<br>) |
| Plaintiffs, | ) CASE NO.: 1:22-cv-282<br>) |
| v. | )<br>) |
| STEVEN NAGY and MARTIN TRANSPORTATION SYSTEMS, INC. | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332, 1441, and 1446, 28:1441; Defendants, STEVEN NAGY and MARTIN TRANSPORTATION SYSTEM, INC. (collectively "Defendants"), by counsel, hereby file this Notice of Removal to remove the above-entitled action to this Court based upon the following supporting grounds. Defendants, appearing solely for the purpose of this removal, and for no other purpose, and preserving all other defenses available to them, state as follows:

### VENUE

1. Removal to the Northern District of Indiana, Fort Wayne Division, is appropriate pursuant to 28 U.S.C. § 1441(a), because the Northern District of Indiana, Fort Wayne Division, embraces the County of Allen, where the action was pending prior to the filing of this Notice of Removal.

## REMOVAL IS TIMELY

2. On or about July 29, 2022, Defendants, Steven Nagy, LLC and Martin Transportation Systems, Inc., were served with a Summons and Complaint in the above-entitled action via certified mail.

3. The above-entitled action was commenced against Defendants in the Allen County Superior Court, of the State of Indiana, Cause No. and is now pending therein. Therefore, removal is timely under 28 U.S.C. § 1446 (b)(1).

## STATE COURT PROCEEDINGS

4. On July 19, 2022, Plaintiffs, Laquesia Ivory, Isabel Anguiano, and E.A, a minor, b/n/f Isabel Anguiano (hereinafter "Plaintiffs") filed her Complaint and Summons in the above-entitled action against Defendants in the Allen County Superior Court in the State of Indiana, Cause No. 02D01-2207-CT-340 and is now pending therein.

5. Defendants assert that there are no state court motions that remain pending at the time of this Notice of Removal.

## DIVERSITY JURISDICTION EXISTS

6. This is a civil action that falls within the Court's original jurisdiction under 28 U.S.C. § 1332 and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. §§ 1441 and 1446.

7. Plaintiffs are citizens of the State of Wisconsin

8. Defendant, Steven Nagy, is a citizen of the State of Ohio.

9. Martin Transportation Systems, Inc. is a Michigan corporation with its principal place of business in Michigan.

10. Martin Transportation Systems, Inc is not incorporated in Indiana or have its principal place of business in Indiana, it is not a citizen of the State of Indiana for purposes of diversity jurisdiction.

11. There is complete diversity of citizenship between the parties named in this case.

12. Plaintiffs' Complaint for Damages does not demand a specific sum of monetary damages. The State of Indiana does not permit a demand for a specific sum or permit recovery of damages in excess of the amount demanded. Therefore, this Notice of Removal states that the monetary value of the amount in controversy exceeds $75,000, exclusive of interest and costs, based upon the following:

   a. According to Plaintiffs' Complaint, Plaintiff suffered physical and mental pain and suffering, lost wages and property damages, and have lost the ability to perform usual activities, resulting in a diminished quality of life. (Compl. ¶ 11).

13. Based upon the injuries alleged and damages claimed by Plaintiffs, they seek recovery in excess of $75,000 exclusive of interest and costs, the value to Plaintiffs of the relief sought in the Complaint exceeds $75,000 exclusive of interest and costs, and/or the amount in controversy exceeds $75,000 exclusive of interest and costs.

14. Therefore, this state court action is properly removed to this Court in accordance with 28 U.S.C. §§ 1441 and 1446 because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Northern District of Indiana, Fort Wayne Division; (2) this action is between citizens of different States; (3) the amount in controversy exceeds $75,000, exclusive of interest and costs.

## **STATUTORY REQUIREMENTS**

15. Pursuant to 28 U.S.C. § 1446(a), a copy of the entire state court file is attached as an Exhibit and includes the State Court Record as of the date of this Notice of Removal, including the following: Plaintiffs' Complaint, Appearance and Summons to Defendants.

16. A copy of this Notice of Removal has been filed in the Allen County Superior Court and all parties have been served with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendants, STEVEN NAGY and MARTIN TRANSPORTATION SYSTEMS, INC. by counsel, respectfully request that the above-entitled action be removed from the Allen County Superior Court to the United States District Court for the Northern District of Indiana, Fort Wayne Division.

**LEWIS WAGNER, LLP**

By: */s/ Robert R. Foos, Jr.*
ROBERT R. FOOS, JR., #20885-45
MACIE L. HINEN, #36847-49
***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 25, 2022, a copy of the foregoing Notice of Removal was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

    Nathan D. Foushee
    KEN NUNN LAW OFFICE
    104 South Franklin Road
    Bloomington, IN 47404
    nathanf@kennunn.com
    ***Counsel for Plaintiff***

                                     By: */s/ Robert R. Foos, Jr.*
                                         ROBERT R. FOOS, JR.

LEWIS WAGNER, LLP
1411 Roosevelt Avenue
Suite 102
Indianapolis, IN 46201
Telephone:   317-237-0500
Facsimile:   317-630-2790
rfoos@lewiswagner.com
mhinen@lewiswagner.com