USDC IN/ND case 1:22-cv-00282-HAB-SLC   document 7   filed 07/19/22   page 1 of 4

02D01-2207-CT-000340

USDC IN/ND case 1:22-cv-00282 document 1-2   filed 08/25/22   page 2 of 28

Filed: 7/19/2022 4:51 PM
Clerk
Allen Superior Court 1
Allen County, Indiana
BB

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN                   COURT |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

LAQUESIA IVORY,
ISABEL ANGUIANO, and E.A.,
a minor, b/n/f  ISABEL ANGUIANO

    VS.

STEVEN NAGY and MARTIN
TRANSPORTATION SYSTEMS INC.

## COMPLAINT FOR DAMAGES

Come now the Plaintiffs, Laqusia Ivory, Isabela Anguiano, and E.A., a minor, b/n/f Isabel Anguiano, by counsel, Ken Nunn Law Office, and for their cause of action against the Defendants, Steven Nagy and Martin Transportation Systems Inc., allege and state as follows:

### STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2020 Freightliner tractor and attached trailer, was negligently driven by Steven Nagy causing a collision with the vehicle driven by Plaintiff, Laquesia Ivory, and in which plaintiffs, Isabel Anguiano and E.A., a minor, were passengers.  As a result of the collision, Plaintiffs have incurred medical expenses, lost wages, property damage and other special expenses in an amount to be proven at trial of this cause.

2. Jurisdiction and venue are appropriate in Allen County, Indiana, as said collision occurred within the boundaries of Allen County, State of Indiana.

### FIRST CAUSE OF ACTION

NEGLIGENCE OF TRUCK DRIVER

3. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On or about May 25, 2022, Defendant Steven Nagy negligently drove a

tractor-trailer striking the vehicle driven by Plaintiff, Laquesia Ivory, and in which plaintiffs, Isabel Anguiano and E.A., a minor, were passengers.

5. Defendant Steven Nagy had a duty to operate his tractor trailer in a safe and reasonable manner.

6. Defendant Steven Nagy failed in the above mentioned duties and is therefore negligent.

7. Defendant Steven Nagy's negligence was the direct and proximate cause of Plaintiffs injuries.

8. Plaintiff's injuries and damages are permanent.

9. As a direct and proximate result of Steven Nagy's negligence, Plaintiffs have suffered lost wages.

10. Plaintiffs have incurred medical bills for the treatment of her injuries directly resulting from this collision.

11. As a direct and proximate result of Steven Nagy's negligence, Plaintiffs have experienced physical and mental pain and suffering, lost wages and property damage and have lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF TRUCK DRIVER

12. Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Steven Nagy violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Steven Nagy's statutory violations directly and proximately caused Plaintiffs' damages and injuries.

15. Defendant Steven Nagy is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

RESPONDEAT SUPERIOR OF TRUCK COMPANY

16.     Plaintiffs reallege and incorporate herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17.     Defendant Steven Nagy was the employee, agent, servant, or independent contractor for Martin Transportation Systems Inc.  Accordingly, Martin Transportation Systems Inc. is vicariously liable for the acts of Defendant Steven Nagy for the causes of action above.

WHEREFORE, the Plaintiffs, Laquesia Ivory, Isabel Anguiano, and E.A., a minor, b/n/f Isabel Anguiano, by counsel, Ken Nunn Law Office, demand judgment against the Defendants, Steven Nagy and Martin Transportation Systems Inc., for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE


BY:     *s/ Nathan D. Foushee*
        Nathan D. Foushee, #24885-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: nathanf@kennunn.com

### REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

                KEN NUNN LAW OFFICE

BY:   *s/ Nathan D. Foushee*
       Nathan D. Foushee, #24885-49
       KEN NUNN LAW OFFICE
       104 South Franklin Road
       Bloomington, IN  47404
       Phone: (812) 332-9451
       Fax: (812) 331-5321
       E-mail: nathanf@kennunn.com

Nathan D. Foushee, #24885-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiffs